IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BAILEY,<br><br>                    Plaintiff,<br><br>       vs.<br><br>CLOVIS UNIFIED SCHOOL<br>DISTRICT, et al.,<br><br>                    Defendants. | **Old Case No. 1:08cv00146 AWI GSA**<br>**New Case No. 1:08cv00146 AWI SMS**<br><br>ORDER DISQUALIFYING<br>MAGISTRATE JUDGE |

Good cause appearing, the undersigned disqualifies himself from all proceedings of the present action. The Clerk of the Court has reassigned this action to the docket of a different Magistrate Judge. The new case number shall be **1:08-cv-00146 AWI SMS.** All future pleadings shall be so numbered. Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

IT IS SO ORDERED.

Dated:   **January 31, 2008**                    /s/ **Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE

1