1  Jerome M. Behrens, SBN 060550
   Ovidio Oviedo Jr., SBN 210311
2  **LOZANO SMITH**
   7404 N. Spalding Avenue
3  Fresno, CA 93720-3370
   Telephone: (559) 431-5600
4  Facsimile: (559) 261-9366

5  Attorneys for Defendant
   Clovis Unified School District



UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BAILEY BY AND THROUGH HIS GUARDIAN AD LITEM, VINCENT BAILEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CLOVIS UNIFIED SCHOOL DISTRICT, CALIFORNIA INTERSCHOLASTIC FEDERATION, and DOES 1 through 50, Inclusive<br><br>Defendant. | CASE NO. 1:08-cv-00146 AWI SMS<br><br>**PROPOSED ORDER GRANTING DEFENDANT'S APPLICATION TO SUBMIT DOCUMENTS UNDER SEAL** |

**ORDER**

Having considered defendant's Application to Submit Documents Under Seal, and finding good cause therefore, IT IS HEREBY ORDERED that the following documents:

Exhibit A:  Records of Student A, which contain confidential information regarding eligibility status under a CIF rule 510 violation of said student;

Exhibit B:  Records of Student B, which contain confidential information regarding eligibility status under a CIF rule 510 violation of said student;

Exhibit C:  Records of Student C, which contain confidential information regarding eligibility status under a CIF rule 510 violation of said student;

///

- 1 -

1  Exhibit D:   Records of Employee A entitled Letter of Reprimand, which is directly related to
2              identifiable students;
3  Exhibit E:   Records of Employee B, which contain confidential information regarding
4              coaching eligibility under a CIF rule 510 violation of said employee; and
5  Exhibit F:   Records of Employee C, which contains confidential information regarding
6              coaching eligibility under a CIF rule 510 violation of said employee.

Dated: 2-11-08

_____
JUDGE OF THE U.S. DISTRICT COURT

@PFDesktop\::ODMA/WORLDOX/J:/WDOCS/00021/362/PLD/00161594.WPD

- 2 -

PROPOSED ORDER GRANTING DEFENDANTS             BAILEY V. CLOVIS USD; ET AL.
APPLICATION TO SUBMIT DOCS UNDER SEAL          CASE NO. 1:08-cv-00146 AWI SMS